[No. 20584-3-III.   Division Three.   December 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP BRUCE ZEIGLER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00190-0, Carolyn A. Brown, J., entered October 15, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 20806-1-III.   Division Three.   December 19, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN R. LESTER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-01721-8, Richard J. Schroeder, J., entered January 17, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Schultheis, J.

[Nos. 27317-9-II; 27323-3-II.   Division Two.   December 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAAC MILLER, ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Kitsap County, No. 00-1-01697-1, M. Karlynn Haberly, J., entered May 4, 2001. *Affirmed* by unpublished opinion per Morgan J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.